UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3615 DDP (JCGx) | Date | June 26, 2012 |
|---|---|---|---|
| Title | Malibu Media, LLC v. John Does 1 through 10 | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | | |
|---|---|---|---|
| Beatriz Martinez | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| None Present | | None Present | |

**Proceedings:** **(IN CHAMBERS) ORDER STAYING RESPONSE TO PLAINTIFF'S THIRD-PARTY SUBPOENAS TO CHARTER COMMUNICATIONS, ROAD RUNNER, AND VERIZON INTERNET SERVICES**

On May 16, 2012, the Court granted plaintiff Malibu Media, LLC's ("Plaintiff") Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference. (May 16, 2012 Ord. at 1-3.) Pursuant to that Order, Plaintiff was authorized to serve subpoenas on Charter Communications, Road Runner, and Verizon Internet Services (collectively, "ISPs"). (*Id.* at 2.) "[I]n no event" were the ISPs to "respond to Plaintiff's subpoenas before [45] calendar days ...." (*Id.* at 2.)

On June 22, 2012, defendant John Doe #2 anonymously filed a "Motion to ... Quash Subpoena" ("Motion"). In light of the Motion – and a potential response from the ISPs before the Court's ruling on the Motion – the Court **ORDERS AS FOLLOWS**:

(1) The ISPs are *not* to respond to *any* subpoenas issued pursuant to the Court's May 16, 2012 Order pending further order of this Court;

(2) Plaintiff is to immediately inform the ISPs regarding this Order; and

(3) Plaintiff shall file an opposition or statement of non-opposition to the Motion to Quash by July 9, 2012.

**IT IS SO ORDERED.**

cc: Parties of Record

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3615 DDP (JCGx) | Date | June 26, 2012 |
|---|---|---|---|
| Title | Malibu Media, LLC v. John Does 1 through 10 | | |

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | bm | |